# EXHIBIT B

 **CT Corporation**

**Service of Process Transmittal**
10/08/2020
CT Log Number 538367988

TO: Legal Sop, Melissa Partlow
Best Buy Enterprise Services, Inc.
7601 PENN AVE S
RICHFIELD, MN 55423-3683

RE: **Process Served in New York**

FOR: Best Buy Co., Inc. (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | RITA INTRIAGO, Pltf. vs. BEST BUY (STORE # 461), et al., Dfts. // To: Best Buy Co., Inc. |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # EF0050992020 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, New York, NY |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 10/08/2020 postmarked: "Not Post Marked" |
| JURISDICTION SERVED: | New York |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 10/08/2020, Expected Purge Date: 10/13/2020<br><br>Image SOP<br><br>Email Notification, Legal Sop ctlegalsop@bestbuy.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| For Questions: | 866-331-2303<br>CentralTeam1@wolterskluwer.com |

Page 1 of 1 / BW

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

State of New York - Department of State
Division of Corporations

Party Served:  
BEST BUY CO., INC.

Plaintiff/Petitioner:  
INTRIAGO, RITA

C/O C T CORPORATION SYSTEM  
28 LIBERTY STREET  
NEW YORK, NY 10005

Dear Sir/Madam:  
Enclosed herewith is a legal document which was served upon the Secretary of State on 09/16/2020 pursuant to SECTION 306 OF THE BUSINESS CORPORATION LAW. This copy is being transmitted pursuant to such statute to the address provided for such purpose.

Very truly yours,  
Division of Corporations