# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
-------------------------------------------------------------X
RITA INTRIAGO,

      Plaintiff,

-against-

BEST BUY (STORES #461) BEST BUY CO., INC.,
AND MIDDLETOWN CRYSTAL RT 17 LLC,

      Defendant
-------------------------------------------------------------X

Index No.: 005099/2020

**BEST BUY CO., INC.,
ANSWER TO CROSS-CLAIMS
OF MIDDLETOWN CRYSTAL
ROUTE 17, LLC**

  Defendants, BEST BUY (STORE # 461) and BEST BUY CO., INC., d/b/a 'BEST BUY CO., INC.", i/s/h/a "BEST BUY (STORE #461), by their attorneys, FISHMAN McINTYRE BERKELEY LEVINE SAMANSKY, P.C., as and for its Answer to Cross-Claims of MIDDLETOWN CRYSTAL ROUTE 17, LLC, herein alleges as follows::

**AS AND FOR AN ANSWER TO THE FIRST CROSS-CLAIM BY CO-DEFENDANT,
MIDDLETOWN CRYSTAL ROUTE 17, LLC**

  1.  Defendants, Best Buy Co., Inc., and "Best Buy Store #461" deny the allegations contained in the first cross-claim asserted by co-defendants herein, set forth in paragraph 22 of co-defendant's "Verified Answer".

**AS AND FOR AN ANSWER TO THE SECOND CROSS-CLAIM BY CO-DEFENDANT,
MIDDLETOWN CRYSTAL ROUTE 17, LLC**

  2.  Defendants, Best Buy Co., Inc., and "Best Buy Store #461" deny the allegations contained in the first cross-claim asserted by co-defendants herein, set forth in paragraph 23 of co-defendant's "Verified Answer".

**AS AND FOR AN ANSWER TO THE THIRD CROSS-CLAIM BY CO-DEFENDANT,
MIDDLETOWN CRYSTAL ROUTE 17, LLC**

  3.  Defendants, Best Buy Co., Inc., and "Best Buy Store #461" deny the allegations contained in the first cross-claim asserted by co-defendants herein, set forth in paragraph 24 of co-defendant's "Verified Answer".

1

**WHEREFORE**, Defendants, BEST BUY CO., INC. and "BEST BUY (STORE # 461)" demand that the cross-claims of co-defendant, Middletown Crystal Route 17, LLC, be dismissed with prejudice, together with the costs and disbursements of this action, and for any and all further relief this court deems just and proper.

Dated: New York, New York
       October 27, 2020

Yours etc.,

_____
Mitchell B. Levine, Esq.
FISHMAN McINTYRE BERKELEY LEVINE
SAMANSKY PC
*Attorney for Defendant*
BEST BUY CO., INC.
Office & P.O. Address
521 Fifth Avenue, 17th Floor
New York, New York 10175
212-461-7190
Our File No.: BBY-049

TO:   Sobo & Sobo LLP
      June C.M. Colthirst, Esq.
      One Dolson Avenue
      Middletown, New York 10940
      845-343-7626
      *Attorneys for Plaintiff*

      MARSHALL DENNEHEY WARNER
      COLEMAN & GOGGIN
      Harold L. Moroknek, Esq.
      287 Bowman Avenue, Suite 404
      Purchase, New York 10577
      914-977-7316
      *Attorneys for Defendant*
      MIDDLETOWN CRYSTAL ROUTE 17, LLC

2

## VERIFICATION

STATE OF NEW YORK )
)ss.:
COUNTY OF NEW YORK )

The undersigned, an attorney admitted to practice in the courts of the State of New York, state that I am a member of the firm of FISHMAN MCINTYRE BERKELEY LEVINE SAMANSKY, P.C., the attorneys of record for Defendants, , BEST BUY (STORE # 461) and BEST BUY CO., INC., d/b/a 'BEST BUY CO., INC.", i/s/h/a "BEST BUY (STORE #461), in the within action; I have read the foregoing Answer and know the contents thereof; the same is true to my own knowledge, except as to matters therein stated to be upon information and belief, and as to those matters I believe them to be true. I make this verification because my client resides or maintains its principal place of business in a county other than the one in which my office is located.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Office files, investigation, etc.

Dated:  New York, New York
October 27, 2020

_____
MITCHELL B. LEVINE

Intriago v Best Buy Co., Inc. Supreme New York,
Orange County Index No.: **005099/2020**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
) ss.:
COUNTY OF NEW YORK  )

**BETTY ANN SALIERNO,** being duly sworn deposes and says:

I am not a party to this action. I am over eighteen years of age and I am employed by FISHMAN McINTYRE BERKELEY LEVINE SAMANSKY, P.C., 521 Fifth Avenue, 17th Floor, New York, New York 10175

On **October 27, 2020**, I served the within **VERIFIED ANSWER TO CROSS-CLAIMS OF DEFENDANT MIDDLETOWN CRYSTAL ROUTE 17, LLC**, will be filed at a later time via ECF but has been served and by depositing a true copy thereof in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York, addressed to each of the attorneys listed below, at their designated or last known addresses set forth below their names:

TO:  Sobo & Sobo LLP
June C.M. Colthirst, Esq.
One Dolson Avenue
Middletown, New York 10940
845-343-7626
*Attorneys for Plaintiff*

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
Harold L. Moroknek, Esq.
287 Bowman Avenue, Suite 404
Purchase, New York 10577
914-977-7316
*Attorneys for Defendant*
*MIDDLETOWN CRYSTAL ROUTE 17, LLC*

_____
**BETTY ANN SALIERNO**

Sworn to before me this
27th day of October, 2020

_____
MITCHELL B. LEVINE
Notary Public, State of New York
No. 02LE6211316
Qualified in New York County
Commission Expires: 9/14/21

1 of 1