# EXHIBIT D

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
------------------------------------------------------------------X
RITA INTRIAGO,

                Plaintiff,

-against -

BEST BUY (STORE #461), BEST BUY CO., INC., and
MIDDLETOWN CRYSTAL ROUTE 17, LLC.,

                Defendants.
------------------------------------------------------------------X

Index No.: 005099/2020

**SUPPLEMENTAL RESPONSE TO CERTIFICATION BY ATTORNEY PURSUANT TO RULE 130-1.1-A**

Plaintiff, RITA INTRIAGO, by her attorneys, SOBO & SOBO, L.L.P., as and for the response to Defendant's Combined Demands, herein allege the following:

### SUPPLEMENTAL RESPONSE TO DEMAND FOR DAMAGES

The Plaintiff hereby deems herself entitled to an amount of one million dollars. ($1,000,000). Pursuant to the C.P.L.R., the Plaintiff reserves the right to supplement and amend this response as additional information becomes available regarding the extent of the injuries sustained, the recovery of the Plaintiff and the potential expert analysis of the injuries sustained as a result of the Defendants' negligence.

Dated: May 10, 2021
       Middletown, New York

                              Respectfully,

SOBO & SOBO L.L.P.

By: Dario DiLello, Esq.
Attorneys for Plaintiff
One Dolson Avenue
Middletown, New York 10940
(845) 343-0466

TO: FISHMAN, MCINTYRE, BERKELEY, LEVINE,
SAMANSKY, PC.
Attorney for Defendant
BEST BUY CO., INC.
521 Fifth Avenue, 17th Floor
New York, New York 10175
(212) 461-7190

CC: MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN
Attorney for Defendant
MIDDLETOWN CRYSTAL ROUTE 17, LLC
287 Bowman Avenue Suite 404
Purchase, New York 10577
(914) 977-7316

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE

RITA INTRIAGO,

          Plaintiff,

-against-

BEST BUY (STORE #461), BEST BUY CO., INC., and MIDDLETOWN CRYSTAL ROUTE 17, LLC.,

          Defendants.

**AFFIDAVIT OF SERVICE**

**Index No.: 005099/2020**

STATE OF NEW YORK   )
COUNTY OF ORANGE   )

Mikail Printemps , being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to this action, and I work in Middletown, New York.

On May 10, 2021, I served a true copy of the annexed:

**SUPPLEMENTAL RESPONSE TO CERTIFICATION BYATTORNEY PURSUANT TO RULE 130-1.1-A**

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

FISHMAN, MCINTYRE, BERKELEY, LEVINE, SAMANSKY, PC.
Attorney for Defendant
BEST BUY CO., INC.
521 Fifth Avenue, 17th Floor
New York, New York 10175
(212) 461-7190

_____
MIKAIL PRINTEMPS

Sworn to before me this

10th day of May 2021.

_Brittney Ortiz_
Notary Public

Brittney Ortiz
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01OR6387098
Qualified in Orange County
Commission Expires February 04, 2023