# EXHIBIT E

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
----------------------------------------------------------------------X
RITA INTRIAGO,

                Plaintiff,

    -against-

BEST BUY CO., INC.,

          Defendant(s).
----------------------------------------------------------------------X

Index No.: 005099/2020

**CIVIL ACTION**

**REQUEST TO ADMIT**

SIRS:

    **PLEASE TAKE NOTICE,** that pursuant to the C.P.L.R., Defendant, BEST BUY CO., INC., asks the Plaintiff to respond within 30 days to these requests by admitting, for purposes of this action only, and subject to objections to admissibility at trial:

1. On December 16, 2017, plaintiff, RITA INTRIAGO was a citizen of the State of New York.

2. Presently, plaintiff, RITA INTRIAGO is a citizen of the State of New York.

Dated: New York, New York
       October 19, 2020

Yours etc.,

_____
Mitchell B. Levine, Esq.
FISHMAN McINTYRE BERKELEY LEVINE SAMANSKY PC
*Attorney for Defendant*
BEST BUY CO., INC.,
Office & P.O. Address
521 Fifth Avenue, 17th Floor
New York, New York  10175
212-461-7190
Our File No.:  BBY-049

TO:   Sobo & Sobo LLP
        June C.M. Colthirst, Esq.
        One Dolson Avenue
        Middletown, New York 10940

845-343-7626
*Attorneys for Plaintiff*

Intriago v Best Buy Co., Inc. Supreme New York,
Orange County Index No.: **005099/2020**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

**BETTY ANN SALIERNO,** being duly sworn deposes and says:

I am not a party to this action. I am over eighteen years of age and I am employed by FISHMAN McINTYRE BERKELEY LEVINE SAMANSKY, P.C., 521 Fifth Avenue, 17th Floor, New York, New York 10175

On **October 19, 2020**, I served the within, **DEMANDS**, by depositing a true copy thereof in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York, addressed to each of the attorneys listed below, at their designated or last known addresses set forth below their names:

TO:   Sobo & Sobo LLP
      June C.M. Colthirst, Esq.
      One Dolson Avenue
      Middletown, New York 10940
      845-343-7626
      *Attorneys for Plaintiff*

                                             _____
                                                  **BETTY ANN SALIERNO**

Sworn to before me this
19th day of October, 2020

_____
MITCHELL B. LEVINE
Notary Public, State of New York
No. 02LE6211316
Qualified in New York County
Commission Expires: 9/14/21