UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RITA INTRIAGO,

                    Plaintiff,

-against-

BEST BUY CO., INC.,

                    Defendant.
-----------------------------------------------------------------X

**Civil Action**

**Case No.:**

**RULE 7.1 STATEMENT**

Defendant, BEST BUY CO., INC, by its attorneys, FISHMAN McINTYRE LEVINE SAMANSKY P.C., respectfully states upon information and belief, as follows:

Pursuant to Rule 7.1 of the Local Civil Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable judges and magistrate judges of the court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant certifies that BEST BUY CO., INC. is a publicly traded company under the stock symbol "BBY".

Dated: New York, New York
       June 8, 2021

                                     Yours etc.,

                                       _____
                                       Mitchell B. Levine, Esq.
                                       FISHMAN McINTYRE LEVINE SAMANSKY P.C.
                                       Attorneys for Defendant
                                       BEST BUY CO., INC.,
                                       521 Fifth Avenue, 17th Floor
                                       New York, New York 10175
                                       (212) 461-7190
                                       Our File No.:  BBY-049

TO:   SOBO & SOBO LLP
         Attorneys for Plaintiff
         One Dolson Avenue
         Middletown, New York 10940
         (845) 343-7626